**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kelly Williams, | ) | No.   CV 06-2554-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Bank of America, et al. | ) | |
| Defendants. | ) | |

In light of the parties Stipulation for Dismissal with Prejudice (Doc. 41),

IT IS ORDERED that the above captioned case is dismissed with prejudice, each party bearing its own fees and costs. The Clerk of Court is hereby directed to close the case.

DATED this 16th day of April, 2007.

Paul G. Rosenblatt
United States District Judge